1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                  * * * * *

9   SUZANNE MCCABE,                          )
                                             )
10                      Plaintiff,           )        3:14-cv-00396-LRH-WGC
                                             )
11   v.                                      )
                                             )        O R D E R
12   CAROLYN W. COLVIN, Acting               )
     Commissioner of Social Security         )
13   Administration,                         )
                                             )
14                      Defendant.           )
     _____ )

15

16          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

17   Cobb (doc. #17[1]) entered on July 17, 2015, recommending granting Plaintiff's Motion for Reversal

18   and/or Remand (doc. #10), filed on December 12, 2014, and denying Defendant's Cross-Motion to

19   Affirm (doc. #16), filed on March 13, 2015. No objections to the Report and Recommendation have

20   been filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and

21   Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of

22   Nevada.

23          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

24   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

25   _____

26          [1]Refers to court's docket number.

and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#17) entered on July 17, 2015, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#17) entered on July 17, 2015, is adopted and accepted, and Plaintiff's Motion for Reversal and/or Remand (doc. #10) is GRANTED and this matter is REMANDED to the ALJ to address the apparent conflicts between the VE testimony and the DOT as indicated in the Magistrate Judge's Report and Recommendation.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (doc. #16) is DENIED.

IT IS SO ORDERED.

DATED this 10th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE